CATHERINE GRAY, as Administratrix, etc., of EDWARD GRAY, Deceased, v. H. H. VOUGHT & COMPANY, Appellant. HENRY H. VOUGHT and Another, as Part-

ners, etc., Appellants.— Motion granted; questions certified. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.